| | |
|---|---|
| Kevin H. Marino<br>John A. Boyle<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>(973) 824-9300 | OF COUNSEL:<br>Derek L. Shaffer (admitted *pro hac vice*)<br>John F. Bash, III (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000 |

*Attorneys for Plaintiff*
*Wedgewood Village Pharmacy, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **WEDGEWOOD VILLAGE PHARMACY, LLC,**<br>          Plaintiff,<br>     v.<br>**U.S. FOOD AND DRUG ADMINISTRATION, XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services, **DR. ROBERT M. CALIFF**, in his official capacity as Commissioner of Food and Drugs,<br>          Defendants. | Civil Action No. 1:22-cv-02649-KMW-SAK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>*(Document filed electronically)* |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wedgewood Village Pharmacy, LLC, hereby voluntarily dismisses this action without prejudice against Defendants, U.S. Food and Drug Administration, Xavier Becerra, and Dr. Robert M. Califf. In doing so, Wedgewood further notes that this Court's attention to this matter not only aided but was indispensable to this development, and conveys gratitude on behalf of all concerned.

Dated:   July 1, 2022                    Respectfully submitted,

                              MARINO, TORTORELLA & BOYLE, P.C.

                              */s/ Kevin H. Marino*
                              Kevin H. Marino